E. A. HAINES, *Plaintiff for himself and all others similarly situated,* v. W. H. MURRAY, D. N. ROBB, DYKE BALLINGER, J. K. WYANDS, JOSEPH C. McCLELLAND, JOHN M. YOUNG, FRANK FRANTZ, *and others.*

(Filed June 25, 1907.)

*Error from the District Court of Logan County; before John H. Burford, Trial Judge.*

*W. W. S. Snoddy, H. A. Noah,* and *Horace Speed,* for plaintiff in error.

*J. F. King,* for defendants in error.

Opinion of the court by

HAINER, J.: The same questions are involved in this case as were decided by this court in the case of *Frank Frantz, et al., v. G. E. Autry,* No. 2154, and upon the authority of that case, and the cases cited therein, the judgment of the District Court of Logan county is affirmed.

Burford, C. J., who presided in the court below, not sitting; Irwin, J., and Pancoast, J., dissenting; all the other Justices concurring.